Nov. Term, 1856.

FLOYD *v.* THE INDIANAPOLIS AND CINCINNATI RAILROAD COMPANY.

FLOYD
v.
THE INDIAN-
APOLIS & CIN-
CINNATI RAIL-
ROAD CO.

The appellant in this case sued the appellees for certain work done in the construction of their road;. but it was proved on the trial that the work was not done for the company, but for other parties. There was no evidence of any work done for the company. Judgment against the plaintiff. *Held,* on appeal, that no ground for reversal appears.

APPEAL from the *Decatur* Circuit Court.

PERKINS, J.—Suit against the *Indianapolis and Cincinnati Railroad Company* to recover the price and value of the grubbing, masonry, excavation, &c., done upon sections 9 and 10, third division of the railroad of said company, by the plaintiff.

*Friday,
January* 16,
1857.

Answer, in denial of any such work having been done by the plaintiff. Issue by replication.

Trial by jury; judgment for the defendant.

On the trial, after the plaintiff had examined one witness touching the sections, the defendant introduced a contract between said *Floyd*, plaintiff, of the one part, and *Vance*, and *Wilson* of the other, by which said *Floyd* agreed to perform the identical work for. which he had instituted this suit, as appeared by a comparison of the complaint and contract, for said *Vance* and *Wilson;* and the defendant further proved, by said *Vance*, that the work sued for was performed by said *Floyd*, under said contract, for *Vance* and *Wilson.* This evidence the plaintiff did not offer to controvert; nor did he show any cause for suing the company. The Court then required the plaintiff to confine his evidence to items of work performed for the railroad company, outside of the agreement; and the plaintiff being unable to adduce evidence tending to prove any such, there was a finding and judgment for the defendant. We see no ground in the record on which to reverse the judgment.

*Per Curiam.*—The judgment is affirmed with costs.

J. S. Scobey and W. Cumback, for the appellant.

J. Ryman, for the appellees.